TBM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-353-1FL(3)
NO. 5:12-CR-353-2FL(3)
NO. 5:12-CR-353-3FL(3)
NO. 5:12-CR-353-4FL(3)

FILED IN OPEN COURT
ON 10-24-2012 *ee*
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER STEWART WILSON ) | I N D I C T M E N T |
| a/k/a Chris ) | |
| MARVIN RASHAAD CUMMINGS ) | |
| a/k/a Ray Ray ) | |
| JOSEPHINE BEATRICE JOHNSON ) | |
| BUDDY BRAYBOY CHRISTIAN ) | |

The Grand Jury charges that:

COUNT ONE
*(Conspiracy to Interfere with Commerce by Threats and Violence,
18 U.S.C. § 1951(a))*

Beginning at a time unknown but not later than October 2011, and continuing thereafter until in or about November 2011, in the Eastern District of North Carolina and elsewhere, the defendants, CHRISTOPHER STEWART WILSON, a/k/a Chris, MARVIN RASHAAD CUMMINGS, a/k/a Ray Ray, JOSEPHINE BEATRICE JOHNSON, and BUDDY BRAYBOY CHRISTIAN, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the grand jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain, and attempt to

take and obtain, from the person or presence of other persons, at various banks and convenience stores in Fayetteville and Hope Mills, North Carolina, United States currency and other property, against such person's will, by means of actual and threatened force, violence and fear of injury to the person and property and the property in the person's custody and possession, in violation of Title 18, United States Code, Section 1951(a).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON, and BUDDY BRAYBOY CHRISTIAN, committed and caused to be committed, in the Eastern District of North Carolina and elsewhere, certain overt acts, including but not limited to the following:

a. On or about October 9, 2011, defendants, CHRISTOPHER STEWART WILSON and MARVIN RASHAAD CUMMINGS, participated in an armed robbery of the Sunoco convenience store located at 6022 Raeford Road in Fayetteville, North Carolina.

b. On or about October 14, 2011, defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, and BUDDY BRAYBOY CHRISTIAN participated in a robbery of Lumbee Guaranty Bank located at 6313 Raeford Road in Fayetteville, North Carolina.

c. On or about October 29, 2011, defendants CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS and Juvenile Male BW,

2

participated in an armed robbery of the Short Stop convenience store located at 3400 Ramsey Street in Fayetteville, North Carolina.

d. On or about October 30, 2011, defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, participated in an armed robbery of the Kangaroo convenience store located at 1208 Bragg Boulevard in Fayetteville, North Carolina.

e. On or about October 30, 2011, defendants MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, participated in an armed robbery of the Short Stop convenience store located at 502 Grove Street in Fayetteville, North Carolina.

f. On or about November 1, 2011, defendants CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, participated in a robbery of RBC Centura Bank located at 2495 Hope Mills Road in Hope Mills, North Carolina.

g. On or about November 4, 2011, defendants CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW and Juvenile Male JD, participated in a robbery of First Citizens Bank and Trust located at 2617 Bragg Boulevard in Fayetteville, North Carolina.

h. On or about November 7, 2011, defendants CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW and Juvenile Male JD, participated in a robbery of First South Bank

3

located at 241 Green Street in Fayetteville, North Carolina.

i. On or about November 7, 2011, defendants CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW and Juvenile Male JD, participated in a robbery of First South Bank located at 705 Executive Place in Fayetteville, North Carolina.

j. On or about November 14, 2011, defendants CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, participated in a robbery of First Citizens Bank located at 126 Broadfoot Avenue in Fayetteville, North Carolina.

In violation of Title 18, United States Code, Section 1951(a).

COUNT TWO
*(Interference with Commerce by Threats and Violence and aiding and abetting, 18 U.S.C. §§ 1951 and 2)*

On or about October 9, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON and MARVIN RASHAAD CUMMINGS, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain, and attempt to take and obtain, from the person or presence of other persons, at the Sunoco convenience store, 6022 Raeford Road, Fayetteville, North Carolina, United States currency and other property, against such person's will, by means of actual and threatened force, violence and fear of injury to the person and property and the property in the person's custody and possession, and did aid and abet each other in so doing.

4

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE
*(Possessing a firearm in furtherance of a crime of violence and aiding and abetting, 18 U.S.C. §§ 924(c) and 2)*

On or about October 9, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON and MARVIN RASHAAD CUMMINGS, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, affecting commerce by robbery of the Sunoco convenience store, 6022 Raeford Road, Fayetteville, North Carolina, as described in Count Two of this Indictment, did possess a firearm in furtherance of such crime, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR
*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about October 14, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS and BUDDY BRAYBOY CHRISTIAN by force and violence, and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Lumbee Guaranty Bank, 6313 Raeford Road, Fayetteville, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid

5

Case 5:12-cr-00353-D   Document 1   Filed 10/24/12   Page 5 of 12

and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

### COUNT FIVE
*(Interference with Commerce by Threats and Violence and aiding and abetting, 18 U.S.C. §§ 1951 and 2)*

On or about October 29, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS and Juvenile Male BW, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain, and attempt to take and obtain, from the person or presence of other persons, at the Short Stop convenience store, 3400 Ramsey Street, Fayetteville, North Carolina, United States currency and other property, against such person's will, by means of actual and threatened force, violence and fear of injury to the person and property and the property in the person's custody and possession, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT SIX
*(Possessing a firearm in furtherance of a crime of violence and aiding and abetting, 18 U.S.C. §§ 924(c) and 2)*

On or about October 29, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON and MARVIN RASHAAD CUMMINGS, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that

6

is, affecting commerce by robbery of the Short Stop convenience store, 3400 Ramsey Street, Fayetteville, North Carolina, as described in Count Five of this Indictment, did possess a firearm in furtherance of such crime, and did aid and abet another in so doing.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT SEVEN
*(Interference with Commerce by Threats and Violence and aiding and abetting, 18 U.S.C. §§ 1951 and 2)*

On or about October 30, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain, and attempt to take and obtain, from the person or presence of other persons, at the Kangaroo convenience store, 1208 Bragg Boulevard, Fayetteville, North Carolina, United States currency and other property, against such person's will, by means of actual and threatened force, violence and fear of injury to the person and property and the property in the person's custody and possession, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

7

## COUNT EIGHT
*(Possessing a firearm in furtherance of a crime of violence and aiding and abetting, 18 U.S.C. §§ 924(c) and 2)*

On or about October 30, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, affecting commerce by robbery of the Kangaroo convenience store, 1208 Bragg Boulevard, Fayetteville, North Carolina, as described in Count Seven of this Indictment, did possess a firearm in furtherance of such crime, and did aid and abet another in so doing.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT NINE
*(Interference with Commerce by Threats and Violence and aiding and abetting, 18 U.S.C. §§ 1951 and 2)*

On or about October 30, 2011, in the Eastern District of North Carolina, the defendants, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, in that the defendants did knowingly take and obtain, and attempt to take and obtain, from the person or presence of other persons, at the Short Stop convenience store, 502 Grove Street, Fayetteville, North Carolina, United States currency and other property, against such person's will, by means of actual and threatened force, violence and fear of injury to the person and

8

property and the property in the person's custody and possession, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

COUNT TEN

*(Possessing a firearm in furtherance of a crime of violence and aiding and abetting, 18 U.S.C. §§ 924(c) and 2)*

On or about October 30, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, affecting commerce by robbery of the Short Stop convenience store, 502 Grove Street, Fayetteville, North Carolina, as described in Count Nine of this Indictment, did possess a firearm in furtherance of such crime, and did aid and abet another in so doing.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT ELEVEN

*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about November 1, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, MARVIN RASHAAD CUMMINGS, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, by force and violence, and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of RBC Centura Bank,

9

2495 Hope Mills Road, Hope Mills, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWELVE
*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about November 4, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON, Juvenile Male BW and Juvenile Male JD, by force and violence, and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of First Citizens Bank and Trust, 2617 Bragg Boulevard, Fayetteville, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT THIRTEEN
*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about November 7, 2011, in the Eastern District of North Carolina, the defendant, CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW and Juvenile Male JD, by force and violence, and by intimidation, did take from the person and presence of another, money belonging to and in the care,

10

custody, control, management, and possession of First South Bank, 241 Green Street, Fayetteville, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FOURTEEN
*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about November 7, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW and Juvenile Male JD, by force and violence, and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of First South Bank, 705 Executive Place, Fayetteville, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FIFTEEN
*(Bank Robbery and aiding and abetting, 18 U.S.C. §§ 2113(a) and 2)*

On or about November 14, 2011, in the Eastern District of North Carolina, the defendants, CHRISTOPHER STEWART WILSON, JOSEPHINE BEATRICE JOHNSON and Juvenile Male BW, by force and violence, and by intimidation, did take from the person and

11

presence of another, money belonging to and in the care, custody, control, management, and possession of First Citizens Bank and Trust, 126 Broadfoot Avenue, Fayetteville, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

FOREPERSON

DATE: 10/23/12

THOMAS G. WALKER
United States Attorney

THOMAS B. MURPHY
Assistant United States Attorney

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.