UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-353-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER STEWART WILSON | ) | |

This matter comes before the Court by motion of the United States to extend the time within which to file a response to defendant's motion to suppress. Defense counsel knows of and does not oppose the motion. For good cause shown, the government's motion is hereby GRANTED.

Accordingly, the time within which the government has to file a response to defendant's motion to suppress is extended to and includes Monday, July 22, 2013.

SO ORDERED, this 19 day of July, 2013.

TERRENCE W. BOYLE
United States District Court Judge