UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-353-1D

UNITED STATES OF AMERICA      )
      )
      v.      )      <u>ORDER FOR DISMISSAL</u>
CHRISTOPHER STEWART WILSON      )
      )

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Superseding Criminal Information against the above-captioned defendant, for the following reasons:

1. The defendant was charged in counts one through eight and ten through fifteen by Indictment on October 23, 2012. <u>See</u> DE#1. Count Ten was subsequently dismissed on November 9, 2012. See DE#35. On October 9, 2013, a two count Superseding Criminal Information was filed. <u>See</u> DE#128.

2. The defendant waived indictment as to the counts of the Superseding Criminal Information on February 3, 2014.

3. The defendant pled guilty to the Superseding Criminal Information, in addition to counts twelve through fifteen of the original indictment, both pursuant to a plea agreement.

3. The plea was subsequently remanded by the United States Court of Appeals for the Fourth Circuit. <u>See</u> DE#214.

4. The defendant through counsel has informed the Government

that he no longer waives indictment as to the charges contained within

the Superseding Criminal Information and intend to plead not guilty

to all charges at the arraignment scheduled for May 19, 2016.

Respectfully submitted this the 17<sup>th</sup>day of May , 2016.

JOHN STUART BRUCE
Acting United States Attorney


BY:    JASON M. KELLHOFER
       Assistant United States Attorney
       Criminal Division
       310 New Bern Avenue
       Suite 800 Federal Building
       Raleigh, NC 27601-1461
       Telephone: (919) 856-4530
       Facsimile: (919) 856-4828
       E-mail: jason.kellhofer@usdoj.gov




Leave of Court is granted for the filing of the foregoing dismissal.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT COURT JUDGE


DATE:    5/17/16