IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-353-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| CHRISTOPHER S. WILSON, | ) |
| Defendant. | ) |

The United States shall file a response to defendant's motion to amend term of imprisonment [D.E. 300]. The response is due not later than February 22, 2019.

SO ORDERED. This 22 day of January 2019.

JAMES C. DEVER III
United States District Judge